**PHILLIPS v. U.S. AIR, INC.**

[343 N.C. 302 (1996)]

TIMOTHY S. PHILLIPS, Employee, Plaintiff-Appellant v. U.S. AIR, INCORPORATED, Employer, THE KEMPER GROUP, Carrier, Defendant-Appellees

No. 527A95

(Filed 10 May 1996)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 120 N.C. App. 538, 463 S.E.2d 259 (1995), affirming an opinion and award of the North Carolina Industrial Commission, filed 7 July 1994. Heard in the Supreme Court 10 April 1996.

*C. Murphy Archibald for plaintiff-appellant.*

*Cranfill, Sumner & Hartzog, L.L.P., by Samuel H. Poole, Jr., for defendant-appellees.*

PER CURIAM.

AFFIRMED.